No. 00–6867.  EALEY *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 00–6868.  SOTO-GARCIA *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 00–6870.  NOVAK *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 00–6871.  ROMERO-RENDON *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–6872.  WEST *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–6873.  WARE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–6874.  ZAMORA *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 00–6877.  MEDINA-CAMPOSANO *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–6878.  RIVAS-SOMOSA *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–6882.  JONES *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 00–6888.  CANDIES *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 00–6889.  CASTRO-CABRERA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–6890.  FUENTES CARIAGA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–6895.  CEJA-CORTEZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–6896.  CHAMBERLAIN ET AL. *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–6897.  ALEXANDER *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.